```
                                                         FILED
                                                   U.S. DISTRICT COURT
                                                     SAVANNAH DIV.
        IN THE UNITED STATES DISTRICT COURT FOR
           THE SOUTHERN DISTRICT OF GEORGIA 2012 FEB -8  AM 10: 56
                     SAVANNAH DIVISION
                                                    CLERK_____
                                                     SO. DIST. OF GA.
```

KENNETH RAY JOHNSON,          )
                              )
        Plaintiff,            )
                              )
v.                            )   CASE NO. CV411-278
                              )
SHERIFF AL ST. LAWRENCE and   )
OFFICER WIBB, Property        )
Officer,                      )
                              )
        Defendants.           )

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (Doc. 6), to which objections have been filed (Doc. 8). Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's § 1983 complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to close this case.

SO ORDERED this 8th day of February 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA