FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 FEB -8 AM 10: 56
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KENNETH RAY JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. CV411-278 |
| SHERIFF AL ST. LAWRENCE and OFFICER WIBB, Property Officer, | ) |
| Defendants. | ) |

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (Doc. 6), to which objections have been filed (Doc. 8). Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's § 1983 complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to close this case.

SO ORDERED this 8th day of February 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA